IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:20-CR-00158 |
| ) | Judge Richardson |
| D'JUAN BOWERS, ) | |
| ) | |
| Defendant. ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, on August 19, 2021, this Court entered a Preliminary Order of Forfeiture as to Defendant D'Juan Bowers extinguishing his interest in a Glock Inc., pistol, Model: 26, Caliber 9x19mm and any related ammunition ("Subject Property");

WHEREAS, on May 6, 2022, the Bureau of Alcohol, Tobacco, Firearms and Explosives served the Subject Property with the Preliminary Order of Forfeiture;

WHEREAS, pursuant to 21 U.S.C. § 853(n), public notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days after the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the Subject Property was advertised online at www.forfeiture.gov, the official internet government forfeiture site, for 30 consecutive days beginning on December 10, 2021 and ending on January 8, 2022;

WHEREAS, on March 8, 2022, pursuant to 21 U.S.C. § 853(n), Jessica Wood ("Ms. Wood"), the last known owner of the Firearm pursuant to a Firearms Trace Summary run on July 21, 2020, was sent direct notice by certified and first-class mail to the following address of this

forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying her that she has (30) days from the date of receipt of said direct notice or thirty (30) days from the end of publication, whichever is earlier, to petition the court for a hearing to adjudicate the validity of her alleged interest in the Subject Property:

> Jessica Wood
> 2331 Sculling Street
> Murfreesboro, TN 37129

The first-class and certified notice packages were not returned to the United States Attorney's Office of the Middle District of Tennessee;

WHEREAS, there are no other persons or entities who reasonably appeared to be a potential clamant with standing to contest the forfeiture in an ancillary hearing pursuant to Fed. R. Crim. P. 32.2(b)(6)(A); and

WHEREAS, no timely petition has been filed, and the time for filing petitions asserting an interest in the Subject Property pursuant to 21 U.S.C. § 853(n) has expired.

**THEREFORE, IT IS HEREBY ORDERED** that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d) by 28 U.S.C. § 2461(c).

**IT IS FURTHER ORDERED** that all right, title and interest to the Subject Property has been extinguished as to the defendant and is now extinguished as to any third-party interest, and all right, title and interest to the Subject Property is hereby vested in the United States of America, and the Subject Property shall be disposed of according to law.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

Page 2 of 3

Case 3:20-cr-00158   Document 58   Filed 05/25/22   Page 2 of 3 PageID #: 185

**SO ORDERED** this 25th day of   May   2022.

_Eli Richardson_
ELI J. RICHARDSON
United States District Judge

Page 3 of 3