**IN THE UNITED STATES DISTRICT COURT FOR**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:20-cr-00158** |
| | ) | |
| **D'JUAN PEREON BOWERS** | ) | **JUDGE CAMPBELL** |

## ORDER

On June 12, 2026, the Court held a hearing on the pending Second Superseding Petition (Doc. No. 98) regarding violations of conditions of supervised release. The defendant admitted to the violations in the petition and was adjudged guilty.

For the reasons stated on the record, the Court sentenced Defendant to 15 months imprisonment to run consecutive with the sentence imposed in related case 3:25-cr-00253-3.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE